IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAUREN MARLOW, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION FILE |
| | ) No. 1:11-CV-02773-ODE |
| v. | ) |
| | ) |
| CREDIT BUREAU COLLECTION | ) |
| SERVICES, INC. | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**NOTICE OF SETTLEMENT AND REQUEST FOR ADMINISTRATIVE CLOSURE**

**NOW COMES** Defendant Credit Bureau Collection Services, Inc. ("CBCS"), by and through its undersigned counsel, and files this Notice of Settlement and Request for Administrative Closure in order to notify the court of the settlement of the above-captioned action (the "Action"). The parties are in the process of consummating the settlement and CBCS requests that the Action be administratively closed subject to the right of either party to reopen should the settlement not be consummated within sixty (60) days.

Respectfully submitted this 20th day of September, 2011.

/s/ Jeffery R. Saxby_
Jeffery R. Saxby
Georgia Bar No. 623423

Epstein Becker & Green, P.C.
Resurgens Plaza, Suite 2700
945 East Paces Ferry Road
Atlanta, Georgia 30326
Telephone: (404) 923-9000
Facsimile: (404) 923-9099

                              Attorneys for Defendant
                              Credit Bureau Collection
                              Services, Inc.

**CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed the foregoing "*Notice of Settlement and Request for Administrative Closure*" with the Clerk of Court using the CM/ECF system, which will provide notice to the following counsel of record:

>Christopher N. Armor, Esq.
>Armor Law, LLC
>315 West Ponce de Leon Avenue
>Suite 548
>Decatur, GA 30030
>Phone: (404) 254-0367
>Fax: (404) 592-6102
>chris.armor@armorlaw.com

This 20th day of September, 2011.

>/s/ Jeffery R. Saxby
>Jeffery R. Saxby
>Georgia Bar No. 623423

FIRM:16593660