FILED IN CHAMBERS
U.S.D.C. - Atlanta

SEP 20 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LAUREN MARLOW,

    Plaintiff,

v.

CREDIT BUREAU COLLECTION SERVICES, INC.,

    Defendant.

CIVIL ACTION

NO. 1:11-CV-2773-ODE-ECS

## O R D E R

The Court having been advised that the parties have reached a settlement of this matter, **IT IS ORDERED** that this action is **DISMISSED** without prejudice. The Court retains complete jurisdiction to vacate this Order and to re-open the action within ninety (90) days upon cause shown that settlement has not been completed and further litigation is necessary, and the parties may re-open the case to file a stipulation of dismissal with prejudice during this time.

**SO ORDERED**, this 19th day of September, 2011.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)